# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 18, 2013

No. 12-11273
Summary Calendar

Lyle W. Cayce
Clerk

STEPHEN BECKER, M.D.,

Plaintiff-Appellant

v.

ROD BORDELON, Commissioner of Texas Division of Worker's Compensation, in His Individual and Official Capacities; HOWARD SMITH, M.D., Medical Advisor of Texas Division Worker's Compensation in His Individual Capacity; KEN FORD, JR., M.D., Assistant Medical Advisor of Texas Division Worker's Compensation in His Individual Capacity,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CV-627

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons articulated in the district court memorandum opinion and order, we AFFIRM. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.